# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America | Acknowledgment of Service on The United States Attorney |
| V. | 1:CR-01-195-02<br>Judge Caldwell |
| Jeffrey Holland | |

Pursuant to the Nineteenth Amended Designation for Service of Process and Federal Rule of Civil Procedure 4(I), I ☑ Patricia Wiscount; ☐ Naomi Losch; ☐ Phyllis Mitchell; ☐ Mark Morrison; acknowledge receipt of the following documents:

2255 Motion, Motion to amend, Order

03/09/05
March 9, 2005

_Pat Wiscount_
Signature

I Peter Welsh certify that I served the above listed documents on the signed recipient on March 9, 2005