ORIGINAL

3-13-05

To. Clerk of the Court
228 Walnut St P.O. Box 983
Harrisburg PA 17108

U.S v Holland
Criminal No. 1-CR-01-195-02

**FILED**
HARRISBURG, PA

MAR 16 2005

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

Please be advised that I am the above mentioned defendant, an I am writing to inquire Have your office yet to receive my Supplemental Brief which was post mark February 22, 2005? I also would be highly appreciate if your office would forward to me a copy of the Docket Sheet in the above criminal matter.

Thank you

C.C-Calvert



Jeffrey Holland #36965-083
United States Penitentiary Lee County
P.O. Box 900
Jonesville, VA 24263-0644

Office of The Clark
United States district Court
228 Walnut St
P.O. Box 983
Harrisburg PA 17108