IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    Respondent,

v.                      1:CR-01-195-02

JEFFREY HOLLAND,
    Petitioner.

FILED
HARRISBURG, PA
JUN 24 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

PRO SE, NOTICE OF APPEAL* F.R.A.P. 3;
4; 22(b); 24.(Local R. 3.4) SEE U.S.C.
§ 2253(a)

NOTICE IS HEREBY GIVEN that JEFFREY HOLLAND, the Pro Se petitioner, hereby appeal to the UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT from the final judgment of his motion filed pursuant to Title 28 U.S.C. § 2255. Seeking to vacate, set aside or correct conviction and sentence. Where the Judge, William W. Caldwell, entered an order of denial of both § 2255 motion and Certificate of Appealability on the 24th day of May 2005. See (Docs. # 304, #307).

Respectfully Submitted

*Jeffrey Holland* (signature)
JEFFREY HOLLAND
Reg. No. 36909-083
U.S.P. Lee County
P.O. Box 305
Jonesville, VA 24263

© ET AF FEBRUARY 2002 USPS ALL RIGHTS RESERVED

POSTAGE REQUIRED



Jeffrey Holland #36905-083
United States Penitentiary Lee County
P.O. Box 305
Jonesville VA 24263-0305

Office of the Clerk
United States District Court
United States Courthouse
228 Walnut St
P.O. Box 983
Harrisburg PA 17108



▲ PLACE LABEL HERE ▲

**The efficient FLAT RATE ENVELOPE.**
**You don't have to weigh the envelope...** Just pack all your correspondence and documents inside and pay only the FLAT RATE Priority Mail postage.

*We Deliver.*

United States Postal Service®
**DELIVERY CONFIRMATION**™

0304 1560 0005 3225 5227

Affix postage or meter strip to area indicated in upper right hand corner.

**3. ATTACH LABEL (If provided)**
Remove label backing and adhere over customer address block area (white area).



U.S. PENITENTIARY - LEE COUNTY
PO Box 900 - Jonesville, VA 24263
DATE ____6/22/05____
"Special / Legal Mail"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.