# United States District Court

DISTRICT OF _____

[FILED JUN 29 2005 PER ___ HARRISBURG, PA. DEPUTY CLERK]

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:CR-01-195-02

I, __Jeffrey Holland__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration "__United States Penitentiary Lee County__"

   Are you employed at the institution? __yes__    Do you receive any payment from the institution? __yes__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.  __I was receiving money from my girl-friend but now she have lost her job.__

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

__6-24-05__  
DATE

__Jeffrey Noll__  
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)  
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __4.24__ on account to his/her credit at (name of institution) __United States Penitentiary LeeCo., Va.__ . I further certify that the applicant has the following securities to his/her credit: __n/A__

_____ . I further certify that during the past six months the applicant's average balance was $ __39.42__ . I further certify that the applicant's average monthly deposit was $__59.29__ .

__6-24-2005__  
DATE

__S. Wingo /AB Counselor__  
SIGNATURE OF AUTHORIZED OFFICER

# Inmate Statement



| | | |
|---|---|---|
| Inmate Reg #: | 36909083 | Current Institution: Lee USP |
| Inmate Name: | HOLLAND, JEFFREY | Housing Unit: B |
| Report Date: | 06/24/2005 | Living Quarters: B01-113L |
| Report Time: | 8:23:26 AM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | 6/23/2005 6:13:52 PM | ITS0623 | | | ITS Withdrawal | ($3.00) | | $4.24 |
| LEE | 6/22/2005 5:45:04 PM | ITS0622 | | | ITS Withdrawal | ($4.00) | | $7.24 |
| LEE | 6/22/2005 4:46:18 PM | ITS0622 | | | ITS Withdrawal | ($2.00) | | $11.24 |
| LEE | 6/19/2005 7:00:46 PM | ITS0619 | | | ITS Withdrawal | ($2.00) | | $13.24 |
| LEE | 6/15/2005 5:27:13 PM | 16 | | | Sales | ($1.60) | | $15.24 |
| LEE | 6/13/2005 7:35:37 PM | ITS0613 | | | ITS Withdrawal | ($6.00) | | $16.84 |
| LEE | 6/13/2005 12:54:31 PM | IIS7018 | | | FRP Quarterly Pymt | $0.00 | | $22.84 |
| LEE | 6/13/2005 10:58:39 AM | 5JV00109 | | | Payroll - IPP | $18.48 | | $22.84 |
| LEE | 6/12/2005 8:39:35 PM | ITS0612 | | | ITS Withdrawal | ($2.00) | | $4.36 |
| LEE | 6/12/2005 9:08:39 AM | ITS0612 | | | ITS Withdrawal | ($2.00) | | $6.36 |
| LEE | 6/11/2005 8:22:37 AM | ITS0611 | | | ITS Withdrawal | ($2.00) | | $8.36 |
| LEE | 6/10/2005 6:13:23 PM | ITS0610 | | | ITS Withdrawal | ($3.00) | | $10.36 |
| LEE | 6/10/2005 9:23:34 AM | | 2562 | | Bills | ($89.00) | | $13.36 |
| LEE | 5/29/2005 10:48:22 AM | ITS0529 | | | ITS Withdrawal | ($3.00) | | $102.36 |
| LEE | 5/28/2005 8:33:49 PM | ITS0528 | | | ITS Withdrawal | ($2.00) | | $105.36 |
| LEE | 5/27/2005 5:13:50 PM | ITS0527 | | | ITS Withdrawal | ($2.00) | | $107.36 |
| LEE | 5/26/2005 9:22:05 PM | ITS0526 | | | ITS Withdrawal | ($5.00) | | $109.36 |
| LEE | 5/26/2005 6:10:15 PM | ITS0526 | | | ITS Withdrawal | ($6.00) | | $114.36 |
| LEE | 5/24/2005 6:13:21 PM | 33316605 | | | Western Union | $100.00 | | $120.36 |
| LEE | 5/21/2005 6:59:09 PM | ITS0521 | | | ITS Withdrawal | ($7.00) | | $20.36 |
| LEE | 5/18/2005 6:18:47 PM | 44 | | | Sales | ($3.20) | | $27.36 |
| LEE | 5/17/2005 9:38:14 PM | ITS0517 | | | ITS Withdrawal | ($7.00) | | $30.56 |
| LEE | 5/17/2005 4:59:26 PM | ITS0517 | | | ITS Withdrawal | ($1.00) | | $37.56 |
| LEE | 5/16/2005 9:22:58 PM | ITS0516 | | | ITS Withdrawal | ($5.00) | | $38.56 |
| LEE | 5/16/2005 9:17:50 PM | ITS0516 | | | ITS Withdrawal | ($1.00) | | $43.56 |
| LEE | 5/14/2005 8:37:43 PM | ITS0514 | | | ITS Withdrawal | ($1.00) | | $44.56 |
| LEE | 5/13/2005 6:45:27 PM | ITS0513 | | | ITS Withdrawal | ($5.00) | | $45.56 |
| LEE | 5/12/2005 9:02:15 PM | ITS0512 | | | ITS Withdrawal | ($3.00) | | $50.56 |
| LEE | 5/12/2005 7:18:32 PM | ITS0512 | | | ITS Withdrawal | ($1.00) | | $53.56 |
| LEE | 5/12/2005 9:08:34 AM | 5JV00093 | | | Payroll - IPP | $26.48 | | $54.56 |
| LEE | 5/11/2005 6:03:33 PM | ITS0511 | | | ITS Withdrawal | ($5.00) | | $28.08 |
| LEE | 5/6/2005 7:52:37 PM | ITS0506 | | | ITS Withdrawal | ($5.00) | | $33.08 |
| LEE | 5/6/2005 7:11:42 PM | ITS0506 | | | ITS Withdrawal | ($2.00) | | $38.08 |

| | | | | | |
|---|---|---|---|---|---|
| LEE | 5/5/2005 6:32:30 PM | ITS0505 | ITS Withdrawal | ($2.00) | $40.08 |
| LEE | 5/4/2005 9:40:17 PM | ITS0504 | ITS Withdrawal | ($2.00) | $42.08 |
| LEE | 5/4/2005 9:00:02 PM | ITS0504 | ITS Withdrawal | ($1.00) | $44.08 |
| LEE | 5/3/2005 4:57:45 PM | ITS0503 | ITS Withdrawal | ($5.00) | $45.08 |
| LEE | 5/3/2005 5:51:05 AM | 70131801 | Lockbox - CD | $50.00 | $50.08 |
| LEE | 4/15/2005 6:37:58 PM | ITS0415 | ITS Withdrawal | ($2.00) | $0.08 |
| LEE | 4/13/2005 9:02:10 PM | ITS0413 | ITS Withdrawal | ($2.00) | $2.08 |
| LEE | 4/13/2005 5:40:33 PM | ITS0413 | ITS Withdrawal | ($1.00) | $4.08 |
| LEE | 4/12/2005 9:16:34 PM | ITS0412 | ITS Withdrawal | ($5.00) | $5.08 |
| LEE | 4/12/2005 6:11:11 PM | ITS0412 | ITS Withdrawal | ($5.00) | $10.08 |
| LEE | 4/12/2005 9:04:35 AM | 5JV00077 | Payroll - IPP | $14.28 | $15.08 |
| LEE | 4/2/2005 9:22:31 AM | ITS0402 | ITS Withdrawal | ($10.00) | $0.80 |
| LEE | 3/27/2005 7:25:27 PM | ITS0327 | ITS Withdrawal | ($5.00) | $10.80 |
| LEE | 3/25/2005 6:38:48 PM | ITS0325 | ITS Withdrawal | ($5.00) | $15.80 |
| LEE | 3/23/2005 6:38:10 PM | ITS0323 | ITS Withdrawal | ($5.00) | $20.80 |
| LEE | 3/21/2005 6:55:12 PM | ITS0321 | ITS Withdrawal | ($5.00) | $25.80 |
| LEE | 3/18/2005 7:38:23 PM | ITS0318 | ITS Withdrawal | ($5.00) | $30.80 |

1 2 3

Total Transactions: 120

Totals:   ($36.52)   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEE | $4.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.24 |
| Totals: | $4.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.24 |