```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :
        Plaintiff
                               :

        vs.                    :   CRIMINAL NO.  1:CR-01-195-02

                               :
JEFFREY HOLLAND,
        Defendant              :
```

O R D E R

AND NOW, this 30th day of June, 2005, upon consideration of Defendant's motion to proceed in forma pauperis on appeal (doc. 340), it is ordered, based on our memorandum (doc. 3240 of May 24, 2005, that the motion is denied.

    /s/William W. Caldwell
William W. Caldwell
United States District Judge