OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4952 |

www.ca3.uscourts.gov

July 7, 2005

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108


**RE: Docket No. 05-3193**
   **USA vs. Holland**
   **D. C. No. 01-cr-00195**


Dear Mrs. D'Andrea:

   Receipt is acknowledged on 6/29/05, of notice of appeal filed with the district court on 6/29/05, in the above-captioned case.


   Since the notice of appeal filed on 6/29/05 is duplicative of the appeal already docketed at No. 05-3193, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk


                              By:  Carmen M. Hernandez
                                   Case Manager


cc:
      Mr. Jeffrey Holland
      William A. Behe, Esq.