8-10-05

To: Clerk of the Court

US v Holland
Docket No. 05-3193
D.C. No. 01 CR 00195

FILED
HARRISBURG, PA
AUG 12 2005
MARY E. D'ANDREA, CLERK
Per _____

Dear Court Clerk

Please be advised that I am the above mentioned Defendant, and I am writing in response to a order that I received on Jun 30, 2005, that stated my motion to proceed in forma pauperis is denied.

I am also writing this letter because I would like to know why am I being denied to proceed in forma pauperis, when I am actual a indigent inmate who have already provided necessary financial statement demonstrating my income for the last past six months.

I further more would like to know if I could "set up" some kind of financial plan were the District "Court Clerk" could take necessary money off my inmate account, were by I could proceed In forma pauperis.

Thank you

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           :
    Plaintiff
                                    :

vs.                                 :   CRIMINAL NO. 1:CR-01-195-02
                                    :
JEFFREY HOLLAND,
    Defendant                       :

O R D E R

AND NOW, this 30th day of June, 2005, upon consideration of Defendant's motion to proceed in forma pauperis on appeal (doc. 340), it is ordered, based on our memorandum (doc. 3240 of May 24, 2005, that the motion is denied.

        /s/William W. Caldwell
        William W. Caldwell
        United States District Judge

FILED
HARRISBURG, PA

JUN 30 2005

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Ex-1.

Jeffrey Mullowney 36406-083
United States Penitentiary
Lee County
Post Office Box 305
Jonesville Virginia 24263-0305

Office of the Clerk
Middle district of Pennsylvania
U.S. Courthouse
228 Walnut St
PO Box 983
Harrisburg PA 17108

17108-0983