

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY E. D'ANDREA
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

August 16, 2005

1:05-CR-0195

Jeffrey Holland, #336909-083
United States Penitentiary
Lee County
P. O. Box 305
Jonesville, PA 24263-0305

Dear Mr. Holland:

    Judge Caldwell has directed me to give you the following response to your letter, dated August 10, 2005. If you wish to proceed in forma pauperis on appeal after Judge Caldwell's June 30, 2005, order, you should file a motion in the Court of Appeals under Fed. R. App. P. 24(a)(5) to do so.

Very truly yours,

Peter J. Welsh
Deputy-in-Charge