BPS-378                                                                                         September 22, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **05-3193**

UNITED STATES OF AMERICA

VS.

JEFFREY HOLLAND

(M.D. PA. CRIM. NO. 01-CR-00195)
CRIMINAL TREATED AS CIVIL

Present:     RENDELL, FISHER and VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>

Submitted are:

(1)   Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

(2)   Appellant's motion for appointment of counsel;
      in the above-captioned case.

                                              Respectfully,


                                              Clerk

MMW/PML/zm/lml

_____O R D E R_____

**The foregoing** request for a certificate of appealability is denied, as jurists of reason could not debate that Appellant's claims lack merit for essentially the reasons stated in the District Court's May 24, 2005, Memorandum.  <u>See</u> 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  The motion for appointment of counsel is denied.



A True Copy:

Marcia M. Waldron, Clerk

                                              By the Court,

                                              /s/ *Franklin S. Van Antwerpen*
                                              Circuit Judge

Dated:        October 6, 2005
LML/cc:       JH, WAB