```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

UNITED STATES OF AMERICA,         :
    Plaintiff
                              :

    vs.                           :   CRIMINAL NO.  1:CR-01-195-02

                              :

JEFFREY HOLLAND,
    Defendant                     :

*O R D E R*

       AND NOW, this 14th day of February, 2008, IT IS ORDERED that the Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant for the purpose of addressing the crack cocaine amendment pursuant to 18 U.S.C. § 3582(c)(2).

                                              <u>/s/William W. Caldwell</u>
                                              William W. Caldwell
                                              United States District Judge