In The United States District Court For the Middle District of Pennsylvania

Jeffrey Holland

vs

United States of America

Criminal No 1:CR-01-195-02

Change of address

    Jeffrey Holland comes now before this Honorable Court to let it be known that the above person has changed his address; the record should be amended to include this address for this captioned case and any further reference to the above person should be sent to:

Jeffrey Holland #36909-083
U.S.P. Canaan
P.O. Box 300
Waymart Pa. 18472
Unit A-1  cell-116

    Jeffrey Holland, respectfully requests the court to reflect this change in the record.

Respectfully Submitted

*Jeffrey Holl*

Jeffrey Holland#36909-083
U.S.P. Canaan
P.O. box 300
Waymart Pa. 18472
Unit A-1  cell-116

date 9-10-  2008

FILED
HARRISBURG, PA
SEP 12 2008
MARY E. D'ANDREA, CLERK
Per _____

CC. File



SCRANTON PA 185
09 SEP 2008 PM 1 T

To: Office of the Clerk
U.S. Court House
228 Walnut st.
P.O. Box 983
Harrisburg Pa. 17108

Mr. Jeffrey Holland #36909-083
U.S.P. Canaan
P.O. Box 300
Waymart Pa. 18472
Unit A-1 Cell-116

legal mail