THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : 3:01-CR-195 |
| v. | : (JUDGE MARIANI) |
| | : |
| JEFFREY HOLLAND, | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 7th DAY OF SEPTEMBER 2022, for the reasons set forth in this Court's accompanying Memorandum Opinion and upon consideration of Defendant Jeffrey Holland's Motion for Resentencing Under Section 404(b) of the First Step Act (Doc. 496) and all relevant documents, **IT IS HEREBY ORDERED THAT** Defendant's Motion for resentencing Under the First Step Act (Doc. 496) is **GRANTED IN PART AND DENIED IN PART, TO WIT:**

1. Defendant's Motion for Resentencing pursuant to Section 404(b) of the First Step Act (Doc. 496) is **GRANTED.**

2. Defendant's requested relief of a reduced sentence pursuant to Section 404(b) of the First Step Act is **DENIED.**

3. Defendant's request for a plenary resentencing hearing is **DENIED.**

4. Defendant's sentence as originally entered on October 10, 2002 is **AFFIRMED.**

_____
Robert D. Mariani
United States District Judge